# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305)523-5100

FILED BY _____ D.C.

NOV 18 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Date: November 7, 2024

**Attn: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

THE ORIGINAL FILED IN THE
OFFICE OF THE CLERK AND COMPTROLLER
MIAMI-DADE COUNTY

NOV 14 2024

MIAMI-DADE COUNTY
CIRCUIT & COUNTY COURTS

RE: District Court Case No.: <u>1:23-cv-24586-JB</u>

State Court Case No.: <u>23-24818-CA-01</u>

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby acknowledges receipt of the District Court's certified copy of the Order of Remand.

By: _Sandra W Myers_
Deputy Clerk

On: __NOV 14 2024__

Angela E. Noble, Clerk of Court

By _/s/ Philip Curtis_
Deputy Clerk

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
73 W. FLAGLER ST #137
MIAMI, FLORIDA 33130

MIAMI FL 330
15 NOV 2024 PM 2




US POSTAGE
ZIP 33130
02 4W
0000384041

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
701 CLEMATIS STREET, ROOM 202
WEST PALM BEACH, FL. 33401

33401-511352